UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPERS SURETY AND
INDEMNITY COMPANY,

    Plaintiff,

v.    Case No.: 8:16-cv-3491 T-24 TGW

ITALIAN CAST STONE, INC.
TURLOCK CONSTRUCTION, INC.
and ROSY CONTO,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on the Parties' Joint Motion for Entry of Order of Dismissal with Prejudice and Retention of Jurisdiction. (Doc. 48). The Court grants the Parties' request to dismiss this case with prejudice. However, the Parties' settlement agreement would require the Court to retain jurisdiction for ten years. Because the Court finds this request unreasonable, it declines to retain jurisdiction to supervise and enforce the terms of the Parties' settlement agreement.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) The Parties' Joint Motion for Entry of Order of Dismissal with Prejudice and Retention of Jurisdiction is **GRANTED** to the extent it seeks dismissal of this case with prejudice, and this case is **DISMISSED WITH PREJUDICE**.

(2) The Parties' Joint Motion for Entry of Order of Dismissal with Prejudice and Retention of Jurisdiction is **DENIED** to the extent it requests the Court to retain jurisdiction to supervise and enforce the terms of the Parties' settlement agreement.

(3) The Clerk is directed to close the case and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of August, 2017.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record